## UNITED STATES of America,
## Plaintiff–Appellee,

v.

## Jose Aersio ALVAREZ, Defendant–Appellant.

### No. 09–12008
### Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 6, 2010.

Jose Aersio Alvarez, Eden, TX, pro se.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Ellis Rexwood Curry IV, appointed counsel for Jose Aersio Alvarez, in this direct criminal appeal, has moved to withdraw from further representation of the appellant because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that because we already have upheld Alvarez's conviction and sentence, the law of the case doctrine applies to preclude the existence of any issues of arguable merit on appeal. Accordingly, counsel's motion to withdraw is GRANTED, and Alvarez's appeal is DISMISSED.